IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT BAZILE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2404 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION
## FOR LEAVE TO AMEND SCHEDULING ORDER

The parties' Joint Motion for Leave to Amend Scheduling Order is granted. The following schedule controls the remaining work in this case:

1a. **October 16, 2009**

**EXPERTS**
The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1b. **November 30, 2009**

The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure

2. **December 4, 2009**

**MEDIATION/ADR**
The parties are to file a joint status report with the court stating whether mediation or other form of ADR would be helpful. If not, the parties are to state the reasons in detail. If so, the parties are to state the form of ADR they think will best suit the case; whether they want to select a mediator and, if so, who they have agreed to select; when they want to mediate; and any other information relevant to entering a court order on mediation/ADR.

P:\CASES\2008\08-2404\amended schedule order.wpd

3.  January 22, 2010    **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

4.  February 19, 1010   **PRETRIAL MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

5.  April 23, 2010      **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

6.  April 30, 2010      **DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

SIGNED on August 10, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge