UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT BAZILE, et al. | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | C.A. NO. H-08-2404 |
| | § | (Judge Rosenthal) |
| CITY OF HOUSTON | § | |
|     Defendant | § | |
| | § | |

## DEFENDANT'S SUPPLEMENTAL EXPERT REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant CITY OF HOUSTON ("City") files this Supplemental Expert Report and in support of this Motion, Defendant shows the Court as follows:

1. Defendant filed their Motion for Leave to Supplement Experts' Report on December 30, 2009 in order to conduct a criterion validation study.

2. The Court granted this Motion and issued Defendant a deadline of February 15, 2010 to file the supplemental criterion validation study.

3. In accordance with this Court's Order, Defendant files their supplemental expert report- criterion validation study performed by Valterra Corporation.

1

SIGNED this 16th day of February 2010.

                                              Respectfully submitted,

DENTON, NAVARRO, ROCHA & BERNAL
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
Lowell.denton@rampage-sa.com
Clarissa.rodriguez@rampage-sa.com

By: _____
LOWELL F. DENTON
State Bar No. 05764700
Southern Bar No. 8600
CLARISSA M. RODRIGUEZ
State Bar No. 24056222
Southern Bar No. 967044
*Attorneys in Charge for*
*Defendant, City of Houston*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and attest that all parties in interest listed below have received a true and correct copy of the foregoing as indicated or by **electronic mail from the Clerk of the Court.**

| | |
|---|---|
| Dennis R. Thompson<br>Christy B. Bishop<br>2719 Manchester Road<br>Akron, Ohio 44319<br>*Attorneys for Plaintiffs* | **E-Notification** |
| Scott Newar<br>700 Louisiana Avenue, Ste. 2550<br>Houston, Texas 77002-2728<br>*Attorneys for Plaintiffs* | **E-Notification** |

_____
LOWELL F. DENTON
CLARISSA M. RODRIGUEZ

2