# Appendix A

# Subject Matter Expert Forms

# HOUSTON FIRE DEPARTMENT

# CAPTAIN VALIDATION STUDY

**SUBJECT MATTER EXPERT QUALIFICATIONS**

Name: Gregory Lewis

Station/Unit: 59-B

Current Title/Rank: District Chief

Time in Current Job: 3 years

Total Length of Service with Houston Fire Department: 25 years

Supervisor's Name: Micheal Casey

SME Activity: PDRF Development

_Gregory Lewis_
Signature

Jan 8, 2010
Date

# HOUSTON FIRE DEPARTMENT

# CAPTAIN VALIDATION STUDY

**SUBJECT MATTER EXPERT QUALIFICATIONS**

Name: Christopher Chavez

Station/Unit: 26-C

Current Title/Rank: District Chief

Time in Current Job: 2½ years

Total Length of Service with Houston Fire Department: 31

Supervisor's Name: Terry Stone

SME Activity: PDRF Development

_C.W. Chav___
Signature

1-8-10
Date

# HOUSTON FIRE DEPARTMENT

# CAPTAIN VALIDATION STUDY

**SUBJECT MATTER EXPERT QUALIFICATIONS**

Name: Ken Tyner

Station/Unit: 70 B-2

Current Title/Rank: District Chief

Time in Current Job: 9 1/4 years

Total Length of Service with Houston Fire Department: 29 3/4 years

Supervisor's Name: Mike Casey

SME Activity: PDRF Development

_____
Signature

1/8/10
Date

# HOUSTON FIRE DEPARTMENT

# CAPTAIN VALIDATION STUDY

**SUBJECT MATTER EXPERT QUALIFICATIONS**

Name: Brian Burgess

Station/Unit: 28 A 7

Current Title/Rank: District Chief

Time in Current Job: 11 yrs

Total Length of Service with Houston Fire Department: 31 yrs

Supervisor's Name: Hernann Gonzales

SME Activity:   PDRF Development

_____
Signature

1-8-10
Date

# HOUSTON FIRE DEPARTMENT

# CAPTAIN VALIDATION STUDY

**SUBJECT MATTER EXPERT QUALIFICATIONS**

Name: Charles Medina

Station/Unit: 59/A

Current Title/Rank: District Chief

Time in Current Job: 3 ½ yr

Total Length of Service with Houston Fire Department: 26 yrs

Supervisor's Name: Chief Herman Gonzales

SME Activity: PDRF Development

_Charles Medina_
Signature

1-8-2010
Date