# Appendix B

# Preliminary KSAO List-Captain

# Preliminary KSAP List - Captain

**BASIC KNOWLEDGE:**

A. Management.

B. Municipal Fire Protection.

C. Private Fire Protection.

D. Aircraft crash and rescue.

E. Fire Alarm and Fire Company Communications.

F. Training.

G. Building Construction.

H. Emergency Medical Services.

I. Municipal Procurement Practices.

J. Labor Relations.

K. Safety Accident Prevention.

L. Incident Management Systems.

M. Water supply for firefighting

**SPECIFIC KNOWLEDGE:**

A. Houston Fire Department.

   1. Rules and Regulations.

   2. Standard Operating Guidelines.

   3. Orders and Bulletins.

   4. EMS First Responder Protocols.

   5. HMRT First Responder Protocols.

- 2 -

    6. Texas Task Force Responder Protocols.

    7. Texas Local Government Codes.

B. F.L.S.A. Laws.

C. Meet and Confer contracts between the City of Houston and Houston Professional Fire Fighters Association (HPFFA), Local 341.

D. Robert's Rule of Order.

E. Rules promulgated by the Texas Commission on Fire Protection Education and Standards.

F. City of Houston Purchasing and Budget procedures.

G. Department strategy and tactics.

H. Proper distribution and deployment of resources.

I. City Ordinances.

J. Texas Public Information Act.

K. Fire Department fiscal and budgetary matters.

L. Federal Right to Privacy Act.


**ADVANCED SKILLS:**


A. Management techniques and practices.

B. Supervision techniques and practices.

C. Organization techniques and practices.

D. Problem solving techniques.

E. Firefighting strategy and tactics.

F. Instructional techniques.

G. Public Relations.

H. Motivation techniques and practices.

I. Utilization of personnel and equipment resources.

- 3 -

**ABILITY TO:**

A. Establish and maintain effective working relationships with subordinates, members and public.

B. Work with personnel in a harmonious manner in order to obtain approved goals and objectives.

C. Recognize and reward individual and group needs and accomplishments.

D. Be fair, objective and truthful.

E. Analyze and implement for beneficial effects.

F. Extemporaneous and impromptu public speaking.

G. Organize and facilitate through dispatch responses to incidents such as fire, Hazardous Materials, natural disasters, mass casualty events, mitigation of weapons of mass destruction, aircraft incidents and responses to technical rescue situations.

H. Understand and implement Fire Department Orders and Guidelines.

I. Represent the Fire Department in a professional capacity.

## Skills, Abilities, and Personal Characteristics

18. **Adaptability:** Demonstrating a flexible, changeable approach in response to shifting priorities or ambiguous work situations; working different shifts and assignments.

19. **Analytical Thinking and Problem Solving:** Applying knowledge and experience to select, organize, and logically process relevant information to solve problems; comparing information to determine inconsistencies; identifying and recognizing problems and facts; gathering information in a systematic manner; accurately perceiving relationships among issues and problems; recognizing complexities.

20. **Approachability:** Being accessible and remaining available to subordinates; fostering the timely flow of quality information between one's self and others.

21. **Attention to Detail:** Selectively attending to critical details as necessary; focusing on crucial activities and responsibilities to the exclusion of less important matters; ensuring accuracy of reports and other documentation.

22. **Coaching and Developing Others:** Guiding others in their professional and personal growth; fostering others' learning by sharing personal knowledge and experience; acting as a resource in support of others' career development; encouraging others to achieve; creating enthusiasm and a desire to perform.

23. **Equipment Operation:** Operating (and directing the operation of) apparatus and tools safely and effectively; using radio and other communication equipment following proper procedure and protocols.

24. **Computer Operation:** Operating computer equipment and systems; using keyboard, mouse, and various software programs to access database information and prepare reports and forms.

25. **Dependability:** Following through on assignments without prompting; maintaining a good attendance record; arriving promptly and prepared for work; requires minimal supervision; conscientious about work performance.

26. **Developing One's Self:** Learning from experience; seeking feedback from others (e.g., supervisors, coworkers, etc.); modifying behavior based on feedback received; participating in training and educational opportunities.

27. **Initiative:** Anticipating a need and initiating or taking independent action when appropriate; actively influencing events rather than demonstrating passive acceptance of the outcome; advising others of status and problems.

28. **Interpersonal Relations:** Developing and maintaining a cooperative working relationship with a wide variety of people; relating to individuals in an open, accepting, and sincere

- 5 -

manner; building trusting relationships with peers, subordinates, supervisors, and members of the community; identifying and readily understanding the feelings and motives of others; seeking out and trying to understand differing perspectives and opinions.

29. **Judgment and Decision Making:** Applying past experience to current decisions; making timely and sound decisions, even under conditions of uncertainty; assessing and managing risks; determining if a crime has been committed, the nature of the crime, and required courses of action.

30. **Leadership:** Identifying a positive goal or objective and guiding, directing, or motivating others to attain the goal; promoting open and effective communication among Department members; identifying strengths and weaknesses of subordinates to target developmental needs; gaining support and commitment from others during normal operations and in crisis situations; influencing individual and group values, behaviors, or outcomes through one's own words and actions.

31. **Listening:** Listening to and understanding the comments and questions of others; interpreting, evaluating, and summarizing information obtained from individuals interviewed.

32. **Management of Personnel and Resources:** Allocating and using Department personnel and resources to maximize efficiency and effectiveness; directing the activities of individuals and groups toward the accomplishment of regular duties and special functions; maintaining personal accountability and holding others accountable for accurate and thorough work; accepting responsibility for the decisions and actions of subordinates and the broader results.

33. **Memory:** Recalling details of assignments and incidents; recognizing faces and objects; recalling relevant policies, procedures, and regulations.

34. **Multi-Tasking:** Handling multiple demands, interruptions, crisis situations, and change by responding appropriately, competently, and in a timely manner.

35. **Observation:** Observing and noting others' actions in order to evaluate behavior and performance; observing and recognizing events and circumstances taking place.

36. **Open-Mindedness:** Treating people fairly regardless of individual differences; remaining impartial and unbiased in the face of rejection or hostility; giving consideration to others' ideas or opinions; maintaining a realistic perspective; not allowing emotions to drive decisions.

37. **Oral Communication:** Articulating information, thoughts, and ideas to individuals or groups, in a manner which is logically complete and easy to understand; using words, pronunciations, gestures, and body language appropriately.

38. **Perseverance:** Staying with a task or assignment, despite obstacles or lack of enthusiasm, until the desired outcome is achieved or is no longer reasonably attainable.

39. **Personal Integrity:** Demonstrating consistency among one's principles, values, statements, and behaviors; building trust and credibility with others through demonstrated commitment to personal values; accepting responsibility for one's own decisions and actions in the face of challenge or adversity.

40. **Planning and Organizing:** Setting and adjusting priorities; coordinating the work activities of one's self and others to make efficient and situationally appropriate use of time and resources; assessing manpower needs to determine allocation of officers.

41. **Political and Community Sensitivity:** Being aware of changing social and governmental pressures and the effect on emergency services issues; perceiving changes or trends that are occurring in the community.

42. **Professional Orientation and Commitment:** Remaining firm in one's allegiance to the Department's core values and remaining faithful in pursuit of the Department's mission despite obstacles or opposition; setting high standards for personal job performance and working hard to achieve them; following Department policies and regulations and supporting their intent and value; demonstrating positive regard for one's career and profession.

43. **Resolving Conflicts and Negotiating with Others:** Resolving disputes between groups and individuals; influencing behaviors, opinions, attitudes, or otherwise negotiating with others.

44. **Stress Tolerance:** Remaining calm and even-tempered when confronted with a conflict or emotionally charged situation; maintaining concentration and level of performance under pressure, opposition, or crisis.

45. **Written Communication:** Expressing information, thoughts, and ideas in a written manner which is accurate, complete, concise, and easy to understand; using grammar, spelling, and punctuation correctly; understanding and interpreting written communications (e.g., Department policies and procedures, Illinois law, etc.).