# Appendix C

# Responsibilities/KSAO Matrix

# HFD Captain Linkage Matrix

0 = Not Relevant
1 = Enables Performance of the Responsibility

| Responsibilities | | Criticalities | F. Training | H. Emergency Medical Services | L. Incident Management Systems | M. Water supply for firefighting | A. Management | K. Safety Accident Prevention | G. Building Construction | E. Fire Alarm and Fire Company Communications | B. Municipal Fire Protection | C. Private Fire Protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 17.76 | 17.08 | 16.18 | 15.65 | 15.39 | 14.78 | 14.69 | 12.75 | 12.51 | 8.27 |
| E. Responsible for the safety of HFD members during the performance of assigned duties. | E | 21.97 | | | | | | | | | | |
| A. Supervises the emergency response of their assigned apparatus to ensure safe and timely response to alarms. | A | 21.51 | | | | | | | | | | |
| AA. [Maintains proper staffing for the apparatus assigned to their station.] | AA | 21.00 | | | | | | | | | | |
| BB. Reports staffing level to the appropriate superior officer in a timely manner. | BB | 19.88 | | | | | | | | | | |
| U. Maintains a high level of preparedness through knowledge and skills to deal with all possible types of emergencies. | U | 18.99 | | | | | | | | | | |
| D. Provides first-line supervision of probationary fire fighters, fire fighters, and engineer/operators involved in the mitigation of emergencies. | D | 18.94 | | | | | | | | | | |
| C. Sizes-up the scene at emergency medical calls, as a first responder, in order to begin providing needed emergency medical intervention to mitigate the problems encountered within the HFD guidelines. | C | 18.66 | | | | | | | | | | |
| B. Sizes-up the scene of fire situations in order to employ proper tactics needed to mitigate the problems encountered. | B | 18.54 | | | | | | | | | | |

1

# HFD Captain Linkage Matrix

| 0 = Not Relevant  1 = Enables Performance of the Responsibility | | F. Training. | H. Emergency Medical Services. | L. Incident Management Systems. | M. Water supply for firefighting | A. Management. | K. Safety Accident Prevention. | G. Building Construction. | E. Fire Alarm and Fire Company Communications. | B. Municipal Fire Protection. | C. Private Fire Protection. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Guidelines | 18.66 | 17.08 | 16.18 | 15.85 | 15.38 | 14.78 | 14.69 | 12.46 | 12.5 | 8.27 |
| **RESPONSIBILITIES** | | | | | | | | | | | |
| CC. Maintains the station Captain's log while on duty and log any pertinent information about the current day's activities. | CC 17.60 | | | | | | | | | | |
| X. Communicates all pertinent information about matters that occurred, while on duty, to one's relief member at the next shift change. | X 17.17 | | | | | | | | | | |
| DD. Maintains the personnel records of members assigned to their station and shift. | DD 16.93 | | | | | | | | | | |
| HH. Educates self and subordinates to perform duties and responsibilities of the next higher rank. | HH 16.62 | | | | | | | | | | |
| V. Completes required reports and forms. | V 16.29 | | | | | | | | | | |
| G. Provides leadership in the proper placement of hose lines to ensure an effective fire attack, which will confine and extinguish hostile fires in order to prevent, stop, or lessen the loss of life and property. | G 16.06 | | | | | | | | | | |
| GG. Provides counseling and maintains discipline for all subordinate members by enforcing and complying with HFD guidelines, rules and regulation, and all applicable City policies. | GG 15.43 | | | | | | | | | | |

2

# HFD Captain
## Linkage Matrix

0 = Not Relevant
1 = Enables Performance of the Responsibility

| RESPONSIBILITIES | | Competencies | F. Training | H. Emergency Medical Services | L. Incident Management Systems | M. Water supply for firefighting | A. Management | K. Safety Accident Prevention | G. Building Construction | E. Fire Alarm and Fire Company Communications | B. Municipal Fire Protection | C. Private Fire Protection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 17.76 | 17.08 | 16.16 | 15.65 | 16.08 | 14.76 | 14.69 | 12.45 | 12.51 | 8.77 |
| H. Provides leadership in performing search and rescue operations, which assist victims who may have become unconscious, trapped, lost, or otherwise unable to escape a hostile environment unassisted. | H | 15.25 | | | | | | | | | | |
| O. Safeguards all department property from abuse or waste. | O | 14.60 | | | | | | | | | | |
| I. Coordinates activities with other responding crews so that teamwork is accomplished and the emergency is brought under control with minimal effort and resources and in the safest way possible. | I | 14.58 | | | | | | | | | | |
| Z. Assists in training new employees. | Z | 14.54 | | | | | | | | | | |
| N. Conducts overhaul operations to ensure complete extinguishment of fire, make a final search for victims, and save any property that can be saved. | N | 14.22 | | | | | | | | | | |
| J. Secures hazardous areas to provide safety for citizens and emergency personnel. | J | 13.95 | | | | | | | | | | |

3

## HFD Captain Linkage Matrix

**0 = Not Relevant**
**1 = Enables Performance of the Responsibility**

| RESPONSIBILITIES | Criticalities | F. Training. | H. Emergency Medical Services. | L. Incident Management Systems. | M. Water supply for firefighting | A. Management. | K. Safety Accident Prevention. | G. Building Construction. | E. Fire Alarm and Fire Company Communications. | B. Municipal Fire Protection. | C. Private Fire Protection. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 17.26 | 17.08 | 16.18 | 15.65 | 15.38 | 14.76 | 14.69 | 12.75 | 12.51 | 8.27 |
| T. Directs and supervises general maintenance work in the upkeep of apparatus, facilities, equipment; and grounds around station; supervise minor repairs; washing and drying hose; washing, cleaning, waxing, maintaining and testing apparatus and equipment. | 13.80 | | | | | | | | | | |
| W. Maintains inventories of all station, apparatus, and equipment. | 13.59 | | | | | | | | | | |
| R. Conducts and participates in fire drills, classes in firefighting, EMS, Hazardous Materials, and other emergency service-related subjects on's daily basis to ensure proficiency in HFD Emergency Operations. | 13.44 | | | | | | | | | | |
| F. Supervises the proper development of an adequate water supply when ordered to do so or fire conditions dicate. | 12.36 | | | | | | | | | | |
| M. Leads subordinates in returning places that have been involved in an emergency incident to a reasonably safe condition. Checks for structural damage, evaluate the safety of untilities, and assure the continual operation of fire protection equipment such as fire alarms and sprinklers. | 12.23 | | | | | | | | | | |

## HFD Captain Linkage Matrix

0 = Not Relevant
1 = Enables Performance of the Responsibility

| RESPONSIBILITIES | | Criticalities | F. Training. | H. Emergency Medical Services. | L. Incident Management Systems. | M. Water supply for firefighting | A. Management. | K. Safety Accident Prevention. | G. Building Construction. | E. Fire Alarm and Fire Company Communications. | B. Municipal Fire Protection. | C. Private Fire Protection. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 17.76 | 17.08 | 16.48 | 15.85 | 15.38 | 14.78 | 13.69 | 12.75 | 12.51 | 8.27 |
| I. While fighting fire, be alert and observant in order to detect evidence of arson and to protect the scene of any suspected arson incident. | L | 12.12 | | | | | | | | | | |
| K. Assumes command at emergency Operations incidents (Haz-Mat, cave-ins, aircraft emergencies, extrications, etc.) and direct operations according to one's level or training, until relieved by a superior officer. | K | 12.09 | | | | | | | | | | |
| Acts in many special projects as assigned by the Senior Captain and District Chief. | II | 11.95 | | | | | | | | | | |
| EE. Ensures that the member's Texas Driver's license is current at all times. | EE | 11.84 | | | | | | | | | | |
| S. Supervises and participates in Tactical Evaluation and Assignment Planning (TEAP) of buildings, hydrants, and other structures in fire prevention/planning programs. | S | 11.54 | | | | | | | | | | |
| Y. Assists in department supervisory and administrative activities. | Y | 10.26 | | | | | | | | | | |
| FF. Reports employee changes of address. | FF | 9.06 | | | | | | | | | | |
| P. Directs assigned apparatus in fire prevention activities as assigned. | P | 8.53 | | | | | | | | | | |
| Q. Presents programs to the community on safety and fire prevention topics. | Q | 6.98 | | | | | | | | | | |

5

## HFD Captain
## Linkage Matrix

| | | | BASIC KNOWLEDGE OF: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 = Not Relevant<br>1 = Enables Performance of the Responsibility | | | J. Labor Relations | D. Aircraft crash and rescue | I. Municipal Procurement Practices | A 3. Orders and Bulletins. | A 2. Standard Operating Guidelines. | A 1. Rules and Regulations. | A 4. EMS First Responder Protocols. | A 6. HMRT First Responder Protocols. | G. Department strategy and tactics. | H. Proper distribution and deployment of resources. |
| | | | J | D | I | A3 | A2 | A1 | A4 | A6 | G | H |
| RESPONSIBILITIES | | Criticalities | 7.03 | 5.42 | 4.66 | 18.87 | 18.61 | 18.39 | 16.22 | 11.43 | 11.13 | 7.66 |
| E. Responsible for the safety of HFD members during the performance of assigned duties. | E | 21.97 | | | | | | | | | | |
| A. Supervises the emergency response of their assigned apparatus to ensure safe and timely response to alarms. | A | 21.51 | | | | | | | | | | |
| AA. Maintains proper staffing for all apparatus assigned to their station. | AA | 21.00 | | | | | | | | | | |
| BB. Reports staffing level to the appropriate superior officer in a timely manner. | BB | 19.88 | | | | | | | | | | |
| U. Maintains a high level of preparedness through knowledge and skills to deal with all possible types of emergencies. | U | 18.99 | | | | | | | | | | |
| D. Provides first-line supervision of probationary fire fighters, fire fighters, and engineer/operators involved in the mitigation of emergencies. | D | 18.94 | | | | | | | | | | |
| C. Sizes-up the scene at emergency medical calls, as a first responder, in order to begin providing needed emergency medical intervention to mitigate the problems encountered within the HFD guidelines. | C | 18.66 | | | | | | | | | | |
| B. Sizes-up the scene of fire situations in order to employ proper tactics needed to mitigate the problems encountered. | B | 18.54 | | | | | | | | | | |

6