# Appendix E

# Performance Criteria Development Document

January 17, 2010

# Houston Fire Department
# Performance Criteria Development

## Basic and Specific Knowledge

### Emergency Operations

Includes *basic* knowledge of:
- H. Emergency Medical Services
- M. Water Supply for Fire Fighting
- L. Incident Management Systems
- E. Fire Alarm and Fire Company Communications

Also includes *specific* knowledge of:
- A1. HFD Rules and Regulations
- A2. HFD Standard Operating Guidelines
- G. Department strategy and tactics (Note: Included in A2)

Also includes *ability* to:
- G. Organize and facilitate through dispatch responses to incidents…
- (Note: reviewed by SMEs 1/17/10 and retained)

**Applies knowledge and experience to effectively direct and supervise personnel in responding to, organizing, facilitating, and mitigating emergency incidents, including, but not limited to, obtaining and deploying resources, directing fire fighting and rescue operations, and responding to medical emergencies, consistent with HFD Standard Operating Guidelines.**

### Station Management

Includes *basic* knowledge of:
- A. Management
- F. Training
- K. Safety/Accident Prevention

Also includes *advanced skill* in:
- G. Public Relations (Note: Reviewed by SMEs 1/17/10 and retained)

**Applies knowledge and experience to effectively perform daily station activities, to ensure operational readiness of material and personnel, including maintaining apparatus, equipment, and facilities, conducting technical training and personnel coaching, developing and maintaining relationships with the surrounding community, and performing administrative duties (record keeping and reporting).**

### Technical Knowledge

Includes *basic* knowledge of:
- K. Safety/Accident Prevention

1

  L. Incident Management Systems
  G. Building Construction
  M. Water Supply for Fire Fighting
  B. Municipal Fire Protection
  C. Private Fire Protection  (Note: B & C reviewed by SMEs 1/17/10 and retained)

Also includes *specific* knowledge of:
  A1. HFD Rules and Regulations
  A2. HFD Standard Operating Guidelines

Also includes *ability* to:
  H. Understand and implement Fire Department Orders and Guidelines

**Applies knowledge of safe work practices, fire fighting technology, fire science, emergency scene management, HFD Standard Operating Guidelines, and legal requirements to maximize safety of the public and HFD personnel and preservation of property.**

## Advanced Skills

### Management of Resources

Includes *advanced skills* in:
  A. Management Techniques and Practices
  B. Organization Techniques and Practices
  I. Utilization of Personnel and Equipment Resources (Note: Reviewed by SMEs 1/17/10 and retained)

**Applies knowledge and experience to direct the activities of others toward accomplishment of goals, set and adjust priorities, coordinate work activities of self and others, and allocate and use Department personnel and resources to maximize efficiency and effectiveness and to make efficient and situationally appropriate use of time and resources.**

### Supervision

Includes advanced skills in:
  B. Supervision Techniques and Practices
  H. Motivation Techniques and Practices
  F. Instructional Techniques

Also includes ability to:
  C. Recognize and reward individual and group needs and accomplishments

**Applies knowledge of supervisory techniques and practices to motivate, instruct, direct, recognize accomplishments, and hold others accountable for knowledge and performance of duties.**

January 17, 2010

### Problem Solving

Includes *advanced skill* in:
  D. Problem Solving Techniques

Applies knowledge and experience to select, organize, and logically process relevant information to solve problems often under emergency conditions, including comparing information to determine inconsistencies, identifying and recognizing problems and facts, gathering information in a systematic manner, accurately perceiving relationships among issues and problems, recognizing complexities, and evaluating problems in an objective manner.

### Interpersonal Effectiveness

Includes *ability* to:
  A. Establish and maintain effective working relationships with subordinates, members, and public
  B. Work with personnel in a harmonious manner in order to obtain approved goals and objectives
  D. Be fair, objective, and truthful

Applies knowledge and experience to develop and maintain a cooperative working relationship with a wide variety of people; relating to individuals in an open, accepting, and sincere manner; builds trusting relationships with co-workers and members of the community; identifies and readily understands the feelings and motives of others; listens to and seeks to understand the comments and questions of others; treat people fairly regardless of individual differences; gives consideration to others' ideas or opinions; maintains a realistic perspective, not allowing emotions to drive decisions.

### Professional Orientation and Commitment

Includes ability to:
  I. Represent the Fire Department in a Professional Capacity

Remains firm in allegiance to the Department's core values and faithful in pursuit of the Department's mission despite obstacles or opposition; sets high standards for personal job performance and works hard to achieve them; follows Department policies and regulations and supports their intent and value; demonstrates positive regard for own career and profession.

### Overall Job Performance

Applies knowledge and experience to perform effectively the overall job of Captain in emergency operations in the Houston Fire Department, taking into account all aspects of work performance, not only those covered above; includes evaluation of performance of the full range of duties required of Captains under

3

**January 17, 2010**

both emergency and routine operating conditions, including direction and supervision of personnel, maintenance of Department physical resources, effective preparation and deployment of resources, evaluating situations and making appropriate and effective decisions, and communication and documentation as required.

4