# Appendix F

# Critical Incident Form and Sample Critical Incident

# Critical Incident Form

**Performance Dimension:**

Describe a realistic job situation related to this performance dimension:

Describe alternative actions that could be taken in this situation:

Good:

Average:

Poor:

# Example Critical Incident

**Performance Dimension:**

**Influencing Others:** influencing behaviors, opinions, attitudes, or judgments (e.g., persuading witnesses, complainants, or offenders to provide information; getting work accomplished through others, such as crime lab personnel, patrol officers, etc.).

**Describe a realistic job situation related to this KSAP:**

During the course of an assault investigation, an offender is identified. This individual has a history of arrests for similar crimes, but has never been convicted. The victim is a well-known local restaurant owner. The attack occurred just outside her very popular restaurant on a busy night. During a conversation with the victim, she states that she is reluctant to testify in court because she is worried that all the publicity will hurt her business.

**Describe alternative actions that could be taken in this situation:**

**Good:**

Tell the victim about the offender's past history and that her testimony will be helpful in getting a conviction this time.

Explain how the available evidence will be presented in court and emphasize that the victim's testimony would be critical in establishing the offender's guilt.

**Average:**

Remind the victim that it is her civic duty to testify and offer to provide protection from the media.

Tell the victim that any publicity is good publicity.

**Poor:**

Tell the victim that if she does not testify, you will go to the media with information about her refusal to cooperate.

Attempt to scare the victim into testifying by telling her that if she does not, the offender will still be out there waiting to attack her again.