# Appendix G

# Final Performance Dimension Rating Form

# Houston Fire Department

## Captain
### Performance Rating Form

Rater's Name: _____

Location: _____

# GENERAL INSTRUCTIONS

Before you begin making ratings, please carefully read the following information regarding the purpose of the performance ratings, your role, and typical concerns about the process.

## COMMON QUESTIONS & ANSWERS

### Why are we collecting ratings?

Houston Fire Department is conducting research about the promotional testing process for Captain positions. As part of this research, we are examining the extent to which those candidates who perform well on the tests also tend to perform better on the job.

### What will the ratings be used for?

The ratings that you give for employees will be used *only* for evaluating the promotional test. They will *not* be used for compensation, evaluation, promotion, transfer, or any other employment decisions affecting you or the employees you rate. These ratings will *not* become part of anyone's employment records.

### Who will see the ratings and what happens to them?

Your ratings are confidential. No one from Houston Fire Department will have access to your individual ratings. The consultants will conduct group-level statistical analyses only. The purpose of this process is to examine the relationship between test scores and your ratings of job performance.

### What if I don't think I can rate someone accurately?

Accurate ratings are crucial. Please carefully consider each person you are asked to rate. Do *not* rate anyone who you do not know well enough to evaluate accurately.

### What if I have questions?

Ask them any time during the evaluation session. If you have a question, it is very likely that others have the same issue. If you have any questions after this administration period, call Valtera Corporation (ask for either Dr. Morton McPhail or Dr. Richard Jeanneret) at 713-650-6535. Either one will be able to answer your questions or find out the answers and get back to you.

### When do I have to finish my ratings?

You should complete your ratings during this administration session.

## WORDS OF CAUTION BEFORE YOU BEGIN

The following are some basic problems that supervisors may have when rating employees. If you avoid these problems, your ratings will be more accurate.

- Please do not allow how much you like or dislike those you are evaluating to influence your ratings of their performance. Try to think only about their *work performance*, not your personal feelings about them.

- Some people have a tendency to rate everyone high, others rate almost everyone low, and others rate everyone as average. In fact, most supervisors have a few outstanding and a few weak employees. The remaining employees generally are satisfactory performers. Remember, all people are not alike. Take care *not* to inappropriately rate everyone at the same level of performance.

- Please consider your ratings for an employee on each performance dimension separately. Sometimes raters give employees the same rating across all the performance dimensions, when really, employees may perform very well in some areas and not as well in others. Just because an employee performs well in some areas does not mean he or she necessarily performs well in all areas. Please consider each employee's performance level on each individual dimension.

- Do not allow your ratings to be based solely on a few particularly effective or ineffective employee behaviors. For example, you should not evaluate an employee highly only because he or she exhibited a particularly outstanding behavior in the past week. Try to evaluate an employee's *typical job performance over a significant period of time*.

- Do not allow biases and stereotypes associated with sex, race, ethnicity, age, disability, or other irrelevant characteristics to influence your ratings. Consider each person as an individual with both job performance strengths and weaknesses. Again, the main focus of this task is to document actual on-the-job performance across specific criteria.

## EMPLOYEES YOU WILL RATE

We are asking that you rate all Captains under your command as well as any EOs who have substantial experience working in the Captain role. *You have been provided a list of the employees* whom you are asked to rate.

Only rate employees if you are familiar with their job performance *as a Captain*. If you are not familiar with the job performance in the role of Captain of an employee on your list, do not attempt to rate that person's performance. Indicate on the list that you are unable to evaluate the person's performance as a Captain.

## PERFORMANCE DIMENSIONS TO BE RATED

There are several performance dimensions included in your rating packet. These dimensions represent important performance aspects for Captain positions and were developed in conjunction with Houston Fire Department District Chiefs like yourselves. They represent specific and important aspects of job performance.

Located on the following page are the performance dimensions and their definitions. Please read and become familiar with these dimensions and their definitions before you start making your ratings. As you read the definitions, please make sure that you understand the differences between the dimensions and can recognize examples of the specific behaviors that would fall under each. The performance dimensions are *not* arranged in order of importance.

## PERFORMANCE DIMENSIONS

| | |
|---|---|
| *Emergency Operations* | Applies knowledge and experience to effectively direct and supervise personnel in responding to, organizing, facilitating, and mitigating emergency incidents, including, but not limited to, obtaining and deploying resources, directing fire fighting and rescue operations, and responding to medical emergencies, consistent with HFD Standard Operating Guidelines. |
| *Station Management* | Applies knowledge and experience to effectively perform daily station activities and to ensure operational readiness of material and personnel, including maintaining apparatus, equipment, and facilities, conducting technical training and personnel coaching, developing and maintaining relationships with the surrounding community, and performing administrative duties (record keeping and reporting). |
| *Technical Knowledge* | Applies knowledge of safe work practices, fire fighting technology, fire science, emergency scene management, HFD Standard Operating Guidelines, and legal requirements to maximize safety of the public and HFD personnel and preservation of property. |
| *Management Resources* | Applies knowledge and experience to direct the activities of others toward accomplishment of goals, sets and adjusts priorities, coordinates work activities of self and others, and allocates and uses Department personnel and resources to maximize effectiveness and to make efficient and situationally appropriate use of time and resources. |
| *Supervision* | Applies knowledge of supervisory techniques and practices to motivate, instruct, direct, recognize accomplishments, and hold others accountable for knowledge and performance of duties. |
| *Problem Solving* | Applies knowledge and experience to select, organize, and logically process relevant information to solve problems often under emergency conditions, including comparing information to determine inconsistencies, identifying and recognizing problems and facts, gathering information in a systematic manner, accurately perceiving relationships among issues and problems, recognizing complexities, and evaluating problems in an objective manner. |
| *Interpersonal Effectiveness* | Applies knowledge and experience to develop and maintain cooperative working relationships with a wide variety of people; relates to individuals in an open, accepting, and sincere manner; builds trusting relationships with co-workers and members of the community; identifies and readily understands the feelings and motives of others; listens to and seeks to understand the comments and questions of others; treats people fairly regardless of individual differences; gives consideration to others' ideas or opinions; maintains a realistic perspective, not allowing emotions to drive decisions. |
| *Professional Orientation & Commitment* | Remains firm in allegiance to the Department's core values and faithful in pursuit of the Department's mission despite obstacles or opposition; sets high standards for personal job performance and works hard to achieve them; follows Department policies and regulations and supports their intent and value; demonstrates positive regard for own career and profession. |
| *Overall Job Performance* | Applies knowledge and experience to perform effectively the overall job of Captain in emergency operations in the Houston Fire Department, taking into account all aspects of work performance, not only those covered above; includes evaluation of performance of the full range of duties required of Captains under both emergency and routine operating conditions, including direction and supervision of personnel, maintenance of Department physical resources, effective preparation and deployment of resources, evaluating situations and making appropriate and effective decisions, and preparing communication and documentation as required. |

# RATING INSTRUCTIONS

**STEP ONE:** Look at the Sample Rating Form on Page 6. Within the boxes are listed behaviors that reflect levels of performance of Emergency Operations. Please note that *these behaviors are examples only*; employees do not need to have performed these specific behaviors. Instead, the behaviors represent the different *levels* of performance.

**STEP TWO:** To complete the forms, you will first place the names of each of your employees into the performance levels in Column A. For each person, think of specific instances or actions that represent his or her typical performance on this dimension (i.e., Exemplary, Expected, Unacceptable, or in-between). Think about how this individual *actually* performs on the job. Then write his or her name in Column A next to the box that represents the person's level of performance. Continue this process until all of your employees have been sorted into the boxes in Column A. As indicated in the example, you may list more than one person in any of the five boxes.

**STEP THREE:** After each person on your list has been placed in a performance level in Column A, please rank order the individuals within each level. The numbered lines in the boxes under Column B represent different levels of performance within each of the overall levels of performance. For example, the lines numbered 49 to 60 correspond to the Exemplary performance level. Line 60 is where you would place a very outstanding employee, and Line 49 indicates an person who just barely qualifies as Exemplary.

You must decide how high to rank each employee and decide which employees in each level are the better performers. For example, in the *Exemplary* category, you might put your best employee on line 59 if you think there could possibly be a better performer. If you think there is very little difference between the employees in this level, you could put the second employee on line 58. If you think that the second employee does not perform as well as the employee on line 59, you would write his or her name lower down, from lines 49 to 57. *Do not* rank two employees on the same line in Column B. When you are finished, each employee's name should be written on one of the numbered lines in Column B. The names within each performance level do not have to be listed in the same order for Column B as they were for Column A.

### Consider the example on the following page:

Both Vincer and Eckman were rated as "Exemplary" on Emergency Operations. Einhauer, Ortel, Snyder, and Haugen have demonstrated performance that "Exceeds Expectations," but is not "Exemplary." After all employees were broadly classified in Column A, they were rank-ordered within their performance levels. In this SAMPLE, Vincer was rated as a 59 while Eckman was rated as a 56. The 3-point difference between Eckman's and Vincer's rating indicates that, though they are both exemplary performers, there are some performance differences between the two with regard to Emergency Operations.

Look at the names in the second performance category. Notice that Einhaur, Ortel, and Snyder are grouped together toward the middle of the category. These ratings indicate that these three employees perform at close to the same level of performance, with Einhaur performing slightly better than Ortel, who is rated slightly higher than Snyder.

Note that several employees are performing below expectations. Almost no supervisor will have all excellent employees, and you should use all the categories necessary to rate your employees accurately.

# SAMPLE RATING FORM

### Emergency Operations

Applies knowledge and experience to effectively direct and supervise personnel in responding to, organizing, facilitating, and mitigating emergency incidents, including, but not limited to, obtaining and deploying resources, directing fire fighting and rescue operations, and responding to medical emergencies, consistent with HFD Standard Operating Guidelines.

In the box to the right under Column A, list each employee who:

| Criteria | Column A | Column B |
|---|---|---|
| **Exemplary**<br>• Applies appropriate triage to prioritize transport of injured persons regardless of difficulties<br>• Quickly and correctly sizes up the scene and uses resources to prioritize evacuation of threatened occupants of multi-story building while simultaneously maintaining communication with IC and initiating interior fire attack<br>• Identifies immediate rescue situation in burning building and prioritizes deployment of attack line to protect tactically correct extrication of victim prior to laying a supply line | Eckman<br><br>Vincer | 60<br>59 Vincer<br>58<br>57<br>56 Eckman<br>55<br>54<br>53<br>52<br>51<br>50<br>49 |
| **Exceeds Expectations**<br>• Quickly and correctly evaluates fire characteristics and advances hose lines in safe and tactically effective position to cut off fire advance while protecting crew and occupants and has supply line laid | Ortel<br>Einhaur<br>Haugen<br>Snyder | 48 Haugen<br>47<br>46<br>45 Einhaur<br>44 Ortel<br>43 Snyder<br>42<br>41<br>40<br>39<br>38<br>37 |
| **Meets Job Requirements**<br>• Lays proper supply line before entering building to search for unknown possible victims and ensure safety of fire fighters | Williams<br>Wilson<br>Davis<br>Anderson<br>Thomas | 36<br>35<br>34 Anderson<br>33 Williams<br>32<br>31<br>30 Davis<br>29<br>28 Thomas<br>27<br>26<br>25 Wilson |
| **Below Minimum Requirements**<br>• Learns of immediate rescue situation in burning building, but waits for back-up and deployment of supply line before attempting rescue<br>• Makes priority judgments regarding transport of injured persons while considering convenience of Department personnel | Dean<br><br>Rook<br><br>Rogers | 24<br>23 Rook<br>22<br>21<br>20<br>19<br>18 Dean<br>17<br>16<br>15<br>14 Rogers<br>13 |
| **Unacceptable**<br>• Makes incorrect judgments regarding transport of injured persons by failing to prioritize based on type of injury<br>• Incorrectly sizes up fire scene, deploying hand held extinguisher without attack lines and failing to inform IC of conditions resulting in fire spread<br>• Instructs fire fighters to enter fire with line providing no tactical guidance or finds opportunity for self and crew to avoid entering to get out of work or avoid danger | Smith<br><br>Jones | 12<br>11<br>10 Jones<br>9<br>8<br>7<br>6<br>5 Smith<br>4<br>3<br>2<br>1 |

## Emergency Operations

Applies knowledge and experience to effectively direct and supervise personnel in responding to, organizing, facilitating, and mitigating emergency incidents, including, but not limited to, obtaining and deploying resources, directing fire fighting and rescue operations, and responding to medical emergencies, consistent with HFD Standard Operating Guidelines.

In the box to the right under Column A, list each employee who:      Column A      Column B

**Exemplary**
- Applies appropriate triage to prioritize transport of injured persons regardless of difficulties
- Quickly and correctly sizes up the scene and uses resources to prioritize evacuation of threatened occupants of multi-story building while simultaneously maintaining communication with IC and initiating interior fire attack
- Identifies immediate rescue situation in burning building and prioritizes deployment of attack line to protect the tactically correct extrication of victims

(Column B: 49–60)

**Exceeds Expectations**
- Quickly and correctly evaluates fire characteristics and advances hose lines in safe and tactically effective position to cut off fire advance while protecting crew and occupants and has supply line laid

(Column B: 37–48)

**Meets Job Requirements**
- Lays proper supply line before entering building to search for unknown possible victims and ensure safety of fire fighters

(Column B: 25–36)

**Below Minimum Requirements**
- Learns of immediate rescue situation in burning building, but waits for back-up and deployment of supply line before attempting rescue
- Makes priority judgments regarding transport of injured persons while considering convenience of Department personnel

(Column B: 13–24)

**Unacceptable**
- Makes incorrect judgments regarding transport of injured persons by failing to prioritize based on type of injury
- Incorrectly sizes up fire scene, deploying hand held extinguisher without attack lines and failing to inform IC of conditions resulting in fire spread
- Instructs fire fighters to enter fire with line providing no tactical guidance or finds opportunity for self and crew to avoid entering to get out of work or avoid danger

(Column B: 1–12)

## *Station Management*

Applies knowledge and experience to effectively perform daily station activities and to ensure operational readiness of material and personnel, including maintaining apparatus, equipment, and facilities, conducting technical training and personnel coaching, developing and maintaining relationships with the surrounding community, and performing administrative duties (record keeping and reporting).

In the box to the right under Column A, list each employee who:     Column A     Column B

**Exemplary**
- Prints and reviews CE material with crew, providing instruction and assistance as necessary, and maintains and reviews accurate records of members
- Observes crew member respond to fire call without PPE on the apparatus; coaches member and explains importance of having PPE in readiness; has member practice correctly placing PPE on apparatus, and documents entire incident
- Arrives early for shift to determine maintenance needs, accounts for personnel as they arrive, holds roll call and assigns maintenance tasks, accurately completes administrative duties while tasks are performed, and follows up on assignments

60 59 58 57 56 55 54 53 52 51 50 49

**Exceeds Expectations**
- Performs daily training and completes paperwork before it is called for by HQ; performs administrative tasks with a high degree of accuracy

48 47 46 45 44 43 42 41 40 39 38 37

**Meets Job Requirements**
- Requires that all crew members review CE material, take examinations, report completion, and maintains records
- Observes crew member respond to fire call without PPE on the apparatus; privately talks to the member and documents that the incident occurred
- Reports on time to handle shift change responsibilities; delegates maintenance evaluation and making assignments to crew members; performs some follow-up on maintenance, assuming it has been completed
- Completes administrative tasks barely on time or occasionally late

36 35 34 33 32 31 30 29 28 27 26 25

**Below Minimum Requirements**
- Tells members to take CE examinations before the end of month, but does not follow-up or keep records

24 23 22 21 20 19 18 17 16 15 14 13

**Unacceptable**
- Observes crew member respond to fire call without PPE on the apparatus; publically scolds and requires the member to carry PPE around fire station for rest of shift; does not document the incident
- Arrives barely in time to relieve previous shift and is unable to account for personnel when an emergency response is required immediately; leaves maintenance and administrative tasks uncompleted for the next shift to handle
- Relaxes in common area and orders crew members to perform maintenance and administrative tasks, criticizing individuals who do not perform adequately

12 11 10 9 8 7 6 5 4 3 2 1

| *Technical Knowledge* |
|---|
| Applies knowledge of safe work practices, fire fighting technology, fire science, emergency scene management, HFD Standard Operating Guidelines, and legal requirements to maximize safety of the public and HFD personnel and preservation of property. |

In the box to the right under Column A, list each employee who:   Column A   Column B

| | Column A | Column B |
|---|---|---|
| **Exemplary**<br>• Responding to a mobile home fire, knows that no hydrants are located in the facility and relays to all units intent to use tank water and requests next engine to lay supply line to apparatus; begins immediate attack<br>• Responding to burning toxic material on Interstate with wind pushing smoke toward closest hydrant; closes Interstate, requesting assistance from HPD and HazMat; establishes relay with other pumpers to provide water from safe hydrant; extinguishes fire with foam from upwind position<br>• Responding to trench rescue, calls for additional resources and prevents crew members from entering trench to pull victims out until trench is properly shored; initiates incident command and directs other companies while waiting for proper rescue equipment and personnel to arrive | | 60<br>59<br>58<br>57<br>56<br>55<br>54<br>53<br>52<br>51<br>50<br>49 |
| **Exceeds Expectations**<br>• Responding to a mobile home fire, knows that no hydrants are located in the facility, but recalls that there is one on adjacent street requiring 300 ft of supply line; elects to provide water supply before attacking fire<br>• Uses knowledge of water supply to lay supply lines and effectively sets up a water relay; communicates this knowledge to crew members both at the fire scene and in training<br>• Responding to a large grass fire, establishes an ICS, assumed command, and requests additional units and mutual aid assistance | | 48<br>47<br>46<br>45<br>44<br>43<br>42<br>41<br>40<br>39<br>38<br>37 |
| **Meets Job Requirements**<br>• Responding to burning toxic material on Interstate with wind pushing smoke toward closest hydrant; positions apparatus to block Interstate and coordinates with other responders to establish relay with other pumpers to provide water from safe hydrant, but does not call for HazMat or Cascade truck<br>• Responding to trench rescue, protects crew members by preventing them from entering trench to pull victims out; waits for District Chief to establish incident command and request proper rescue personnel and equipment<br>• Responding to a large grass fire, immediately establishes a water supply and attacks fire, leaving it to others to assess the larger situation and request additional resources | | 36<br>35<br>34<br>33<br>32<br>31<br>30<br>29<br>28<br>27<br>26<br>25 |
| **Below Minimum Requirements**<br>• Understands basic concepts of water supply, but is slow or misses steps in establishing water supply and does not use most effective methods to supply maximum water flow | | 24<br>23<br>22<br>21<br>20<br>19<br>18<br>17<br>16<br>15<br>14<br>13 |
| **Unacceptable**<br>• Responding to burning toxic material on Interstate with wind pushing smoke toward closest hydrant; positions engine to take water from downwind hydrant without closing Interstate or requesting HPD assistance; does not call for HazMat or Cascade truck<br>• Responding to trench rescue, does not recognize potential dangers and leads crew into an unstable situation by entering trench and allowing some to become trapped<br>• Lays only one supply line during a response and does not understand how to develop maximum water flow<br>• Responding to motor vehicle accident, has dispatch disregard all units and begins extracting driver from vehicle without closing freeway or securing scene, endangering the driver and others in the vicinity of the scene<br>• Responding to a mobile home fire, knows that no hydrants are located in the facility and decides to use tank water, requesting next engine to dump water into tank in hopes that will be all the water needed to fight the fire | | 12<br>11<br>10<br>9<br>8<br>7<br>6<br>5<br>4<br>3<br>2<br>1 |

### *Management of Resources*

Applies knowledge and experience to direct the activities of others toward accomplishment of goals, sets and adjusts priorities, coordinates work activities of self and others, and allocates and uses Department personnel and resources to maximize effectiveness and to make efficient and situationally appropriate use of time and resources.

In the box to the right under Column A, list each employee who:    Column A    Column B

**Exemplary**
- Assigns personnel to apparatus positions balancing strengths, weaknesses, and experience while providing opportunities for those with training needs to gain specific knowledge and experience from others
- When assigned as Level 2 Staging Officer, selects an open and readily identifiable position, remains in constant contact with the IC, maintains an accurate list of crews and apparatus, assigning and directing them efficiently and requesting replacements as necessary
- Identifies that a training issue exists when crew members could not identify and operate some equipment; initiates daily training program, with each crew member assigned to conduct a class and demonstrate use for a piece of the equipment

60, 59, 58, 57, 56, 55, 54, 53, 52, 51, 50, 49

**Exceeds Expectations**
- Sets example for crew by arriving early for shift change; assigns crew to perform needed tasks; performs daily activities promptly, keeping District Chief informed; prepares plans for activities such as plug checking and TEAPs

48, 47, 46, 45, 44, 43, 42, 41, 40, 39, 38, 37

**Meets Job Requirements**
- Develops a spreadsheet to fairly rotate personnel in different positions on apparatus
- When assigned as Level 2 Staging Officer, adequately operates and manages the staging area, but does so from memory rather than maintaining an accurate list

36, 35, 34, 33, 32, 31, 30, 29, 28, 27, 26, 25

**Below Minimum Requirements**
- Sticks with predetermined rotations in positions to maintain fairness even if it means placing two rookies on the same apparatus

24, 23, 22, 21, 20, 19, 18, 17, 16, 15, 14, 13

**Unacceptable**
- When assigned as Level 2 Staging Officer, sets up in remote or obscure location, shoots from the hip without adequate consideration of all available resources, loses track of what resources have been assigned to various duties, and is unaware of the need to request replacement crews as they are depleted
- Arrives late for shift change and submits late and/or inaccurate staffing report to District Chief; leaves obvious maintenance problems to be performed by next shift; ignores personnel issues, expecting them to be resolved on their own
- Responds to motor vehicle accident by sending apparatus with only three fire fighters, while remaining at the station to complete administrative tasks

12, 11, 10, 9, 8, 7, 6, 5, 4, 3, 2, 1

## Supervision

Applies knowledge of supervisory techniques and practices to motivate, instruct, direct, recognize accomplishments, and hold others accountable for knowledge and performance of duties.

In the box to the right under Column A, list each employee who:                Column A                Column B

**Exemplary**
- After an incident in which the entire crew performed exceptionally, calls for a table talk discussion in which crew members are commended individually on the specifics of their performance; follows up by making notations in crew members' personnel files
- Meets privately with a member who has been repeatedly late; identifies the problem as personal issues; reviews guidelines and possible consequences; makes appropriate practical suggestions; documents the incident and meeting; monitors for future incidents
- Identifies concern about members' health related to aging; conducts research, noting that heart attacks are a major cause of death in older fire fighters; discusses issues with crew and initiates a station health program of daily exercise and improved food choices; involves crew by asking each member to submit at least one healthy meal per month

(Column B: lines 49–60)

**Exceeds Expectations**
- Models a positive work ethic and attitude; identifies performance problems and coaches members, using a variety of techniques; requests assistance from District Chief if coaching efforts fail
- Plans and oversees weekly detail cleaning of the station to ensure that all tasks are performed; assists crew members with the cleaning when possible
- Identifies performance problems among some crew members; addresses performance problems individually and privately with each crew member, including acknowledging and encouraging higher performing members

(Column B: lines 37–48)

**Meets Job Requirements**
- After an incident in which the entire crew performed exceptionally, gathers crew and commends everyone as a group on the job well done
- Meets privately with a member who has been repeatedly late; encourages improvement and reviews guidelines and possible consequences, but does not document the tardiness or meeting
- Takes job seriously and explicitly recognizes responsibilities to manage the station and crew
- Lets crew members decide what to include in weekly detail cleaning and assigns tasks, adding a few extras as necessary

(Column B: lines 25–36)

**Below Minimum Requirements**
- After an incident in which the entire crew performed exceptionally, publically gives each crew member a "high five" while still at the fire scene and does not follow up
- Repeatedly warns member who has arrived late several times and threatens punishment, but does not follow up and no documentation is prepared
- Identifies performance problems among some crew members; calls group meeting and admonishes entire crew for poor performance and takes away some privileges across the board

(Column B: lines 13–24)

**Unacceptable**
- Displays poor work ethic and attitude by arriving late and complaining to crew members about the Department
- Ignores performance problems until they are critical, allowing them to fester and continue
- Allows crew to do bare minimum during weekly detail cleaning, leaving station dirty
- Allows crew to call him/her by first name instead of proper title

(Column B: lines 1–12)

### Problem Solving

Applies knowledge and experience to select, organize, and logically process relevant information to solve problems often under emergency conditions, including comparing information to determine inconsistencies, identifying and recognizing problems and facts, gathering information in a systematic manner, accurately perceiving relationships among issues and problems, recognizing complexities, and evaluating problems in an objective manner.

In the box to the right under Column A, list each employee who:     Column A     Column B

**Exemplary**
- Notes that monthly hose changes are not being performed; researches manufacturer's requirements and learns that existing Department standards do not meet manufacturer's recommendations; communicates need for policy change to Command Staff, while ensuring that current policy is being met
- Identifies training needs and enlists cooperation of other Captains to gather information and develop a training program that is recommended to Command Staff for use Department-wide
- When observes that members are not getting along, resulting in performance problems, meets with members separately to identify root cause of problem; assists in resolving dispute by fostering improved communications between members to find solution
- Uses every response as a training opportunity to discuss "what ifs," building construction, water supply, etc.; conducts post-incident analysis with crew to identify areas of strength and needed improvement

(Column B: 60, 59, 58, 57, 56, 55, 54, 53, 52, 51, 50, 49)

**Exceeds Expectations**
- When previous shift regularly leaves apparatus with less than ¾ tank of fuel, fills tank as soon as feasible in the shift and documents gallons pumped in log; privately meets with previous shift Captain to communicate the problem
- Identifies discipline problem among crew; instructs members to prepare for weekly quizzes on rules and regulations and Standard Guidelines; clearly communicates expectations for the crew and sets goals

(Column B: 48, 47, 46, 45, 44, 43, 42, 41, 40, 39, 38, 37)

**Meets Job Requirements**
- When previous shift regularly leaves apparatus with less than ¾ tank of fuel, fills tank during the shift and documents gallons pumped in log
- Notes that monthly hose changes are not being performed; conducts crew training and sets up schedule to coordinate with other shifts to ensure that Department policy is being met, including documentation
- Identifies training needs and reports them to Command Staff Chief, requesting assistance in the development of training program and company drills
- When observes that members are not getting along, resulting in performance problems, meets with members separately, explains the benefits of working as a team, and instructs them to work out their differences

(Column B: 36, 35, 34, 33, 32, 31, 30, 29, 28, 27, 26, 25)

**Below Minimum Requirements**
- Identifies training needs, but does not act on the information or report it
- When observes that members are not getting along, resulting in performance problems, meets with members together, tells them they are hurting the team, and instructs them to work out their differences or face consequences

(Column B: 24, 23, 22, 21, 20, 19, 18, 17, 16, 15, 14, 13)

**Unacceptable**
- When previous shift regularly leaves apparatus with less than ¾ tank of fuel, next time that shift relieves, informs Captain that they have left the apparatus in the same condition it was left for them
- Notes that monthly hose changes are not being performed; repeatedly disagrees with District Chief and other Captains about the required maintenance; does not ensure hose changes are completed as required

(Column B: 12, 11, 10, 9, 8, 7, 6, 5, 4, 3, 2, 1)

### Interpersonal Effectiveness

Applies knowledge and experience to develop and maintain cooperative working relationships with a wide variety of people; relates to individuals in an open, accepting, and sincere manner; builds trusting relationships with co-workers and members of the community; identifies and readily understands the feelings and motives of others; listens to and seeks to understand the comments and questions of others; treats people fairly regardless of individual differences; gives consideration to others' ideas or opinions; maintains a realistic perspective, not allowing emotions to drive decisions.

In the box to the right under Column A, list each employee who:   Column A   Column B

**Exemplary**
- Warmly welcomes each new crew member and provides orientation and answers questions, informing new member of expectations and goals; introduces new member to crew and publically asks them to assist new member; communicates that new member is valued and fosters integration into the team
- Learns that a crew member has collected money from others for a product, but supplier has not delivered; confronts the member with the problem, encourages pursuit of legal remedies, and gets acknowledgment that other members must be provided product or reimbursed regardless of issue with supplier

Column B: 60, 59, 58, 57, 56, 55, 54, 53, 52, 51, 50, 49

**Exceeds Expectations**
- Arranges site surveys by contacting managers/owners of facilities in advance to explain the rationale and value to them of the Department being better prepared and requests a date for the survey
- Is open to suggestions from fire fighters, attends to their concerns, and remains calm and deliberate in considering options before making decisions
- In a highly diverse crew, talks and works with individuals separately and together; maintains appropriate distance and monitors interactions among crew members to ensure that they do not create animosities

Column B: 48, 47, 46, 45, 44, 43, 42, 41, 40, 39, 38, 37

**Meets Job Requirements**
- Calls managers/owners of facilities to inform them that the Department mandates a survey be conducted and requests a date to do so
- Learns that a crew member has collected money from others for a product, but supplier has not delivered; waits until crisis arises with others demanding accounting and instructs the member to reimburse others' money
- Interacts informally with crew members on a limited basis consistent with maintaining discipline; provides training and correction to avoid any issue of harassment

Column B: 36, 35, 34, 33, 32, 31, 30, 29, 28, 27, 26, 25

**Below Minimum Requirements**
- Pays little attention to crew members' issues; implies that station problems and personnel issues are someone else's concerns
- Tells new rookie fire fighter to put gear on apparatus and check with other fire fighters to find out what to do; is unprepared to integrate new member into team and gives the impression that the rookie is unimportant and a lot of trouble

Column B: 24, 23, 22, 21, 20, 19, 18, 17, 16, 15, 14, 13

**Unacceptable**
- Shows up with crew without appointment and tells facility managers/owners that the Department has authority to survey their premises in case of an emergency
- Learns that a crew member has collected money from others for a product, but supplier has not delivered; tells member to keep trying to get product, but does not discuss repaying other members so that the issue continues to fester
- Fails to monitor interactions among crew members and is unaware of discord or complaints; rarely interacts with crew members informally outside official capacity as Captain

Column B: 12, 11, 10, 9, 8, 7, 6, 5, 4, 3, 2, 1

### *Professional Orientation and Commitment*

Remains firm in allegiance to the Department's core values and faithful in pursuit of the Department's mission despite obstacles or opposition; sets high standards for personal job performance and works hard to achieve them; follows Department policies and regulations and supports their intent and value; demonstrates positive regard for own career and profession.

In the box to the right under Column A, list each employee who:          Column A          Column B

**Exemplary**
- Engages in continuous improvement by learning and trying new methods and thoroughly training crew, who perform efficiently and effectively; studies to prepare for higher command
- Presents Department decisions positively to crew members even if privately questions them; refuses to disparage or criticize the Department to crew members or the public

Column B: 60, 59, 58, 57, 56, 55, 54, 53, 52, 51, 50, 49

**Exceeds Expectations**
- When responding to emergency situations, communicates concern and respect for citizens who have called for assistance
- Receives incomplete dispatch information and immediately contacts dispatcher to get critical information, communicating what information was provided and what was not
- Consistently follows rules and guidelines and holds self and crew to the highest standards; applies rules to own behavior as well as to that of other members
- Requires crew members to review, understand, and follow policies, rules, and orders of the Department; seeks out rationale for rules and explains them to crew members

Column B: 48, 47, 46, 45, 44, 43, 42, 41, 40, 39, 38, 37

**Meets Job Requirements**
- Receives incomplete dispatch information and waits for dispatch to correct or clarify information; does not contact and question dispatcher about needed information
- Does exactly what is expected and does not complain when circumstances require extra effort

Column B: 36, 35, 34, 33, 32, 31, 30, 29, 28, 27, 26, 25

**Below Minimum Requirements**
- Does only what is expected unless asked to do more; rarely takes on additional responsibilities or demonstrates initiative
- Seeks to be a friend to crew members rather than a supervisor; sympathizes with their complaints about the Department and the job
- Follows most rules, but ignores those he/she disagrees with

Column B: 24, 23, 22, 21, 20, 19, 18, 17, 16, 15, 14, 13

**Unacceptable**
- Shows up for work without enthusiasm; demonstrates little energy or interest in the job; refuses to go above or beyond basic job requirements
- Receives incomplete dispatch information and gets into dispute with dispatch over what information has been sent and received; returns apparatus to service without completing emergency response
- Fails to provide training or drill opportunities for crew
- Criticizes new rules and regulations when presenting them to crew and explicitly allows crew to ignore them; complains about the job and criticizes the Department

Column B: 12, 11, 10, 9, 8, 7, 6, 5, 4, 3, 2, 1

***Overall Job Performance***

Applies knowledge and experience to perform effectively the overall job of Captain in emergency operations in the Houston Fire Department, taking into account all aspects of work performance, not only those covered above; includes evaluation of performance of the full range of duties required of Captains under both emergency and routine operating conditions, including direction and supervision of personnel, maintenance of Department physical resources, effective preparation and deployment of resources, evaluating situations and making appropriate and effective decisions, and preparing communication and documentation as required.

In the box to the right under Column A, list each employee who:   Column A   Column B

**Exemplary**
- Assumes appropriate role as responsible for the safety and welfare of citizens encountered as well as crew members; takes steps to ensure that crew is ready mentally and physically with all tools and equipment prepared and ready for tour of duty
- Quickly and effectively evaluates risk versus benefits of tactical alternatives at emergency scenes
- Models concern and proper behavior for crew, demonstrating commitment to the job and the Department

60, 59, 58, 57, 56, 55, 54, 53, 52, 51, 50, 49

**Exceeds Expectations**
- Completes reports and records on time, thoroughly, and accurately
- Takes steps through training and coaching to ensure personnel work together as a team in completing their assignments

48, 47, 46, 45, 44, 43, 42, 41, 40, 39, 38, 37

**Meets Job Requirements**
- Ensures that crew members are on time and reports absences to District Chief; checks that essential equipment is available
- Treats people, whether the public or fire fighters, respectfully and fairly
- Prepares records and completes required reports
- Maintains apparatus and station to be presentable to the public, well-maintained, and ready for service at any time

36, 35, 34, 33, 32, 31, 30, 29, 28, 27, 26, 25

**Below Minimum Requirements**
- Turns in required reports at the last minute or late
- Seeks excuses not to attend public events

24, 23, 22, 21, 20, 19, 18, 17, 16, 15, 14, 13

**Unacceptable**
- Reports to duty late and is not knowledgeable about personnel absences or whether there is a vacancy that needs to be filled
- Fails to check that crew is maintaining tools and equipment properly and documenting problems
- Assigns Captain responsibilities to others to reduce own work load
- Places others in dangerous situations, but finds ways to avoid them for self
- Does not directly supervise fire fighters performing EMS duties, remaining on the fire apparatus rather than accompanying them

12, 11, 10, 9, 8, 7, 6, 5, 4, 3, 2, 1