IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT BAZILE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2404 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON DEFENDANT HPFFA'S
MOTION TO EXCEED PAGE LIMIT**

The motion filed by the Houston Professional Fire Fighters Association for leave to exceed the page limit is granted. The Houston Professional Fire Fighters Association's Statement of Disputed Issues is deemed filed as of November 3, 2010.

SIGNED on November 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge