IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT BAZILE, *et al.*, | § |
| Plaintiffs, | § § § |
| VS. | § CIVIL ACTION NO. H-08-2404 |
| CITY OF HOUSTON, | § § § |
| Defendant. | § |

**ORDER**

The City of Houston has filed an advisory and a supplemental advisory to the court regarding the November 2010 Captain's Exam. (Docket Entries No. 94, 101). Portions of the exhibits attached to these filings contain confidential information, specifically:

(1) pages 18 through 20 of Exhibit A, Part 2 to the advisory, (Docket Entry No. 94-2);

(2) pages 1 through 15 and 18 through 20 of Exhibit A, Part 3 to the advisory, (Docket Entry No. 94-3);

(3) the entirety of Exhibit A, Part 4 to the advisory, (Docket Entry No. 94-4); and

(4) pages 21 through 26 of Exhibit A to this supplemental advisory, (Docket Entry No. 101-1).

These pages are ordered to be filed under seal.

SIGNED on December 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge