IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT BAZILE, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-2404 |
| CITY OF HOUSTON, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

The City has filed a motion for leave to file its amended mediated settlement agreement reached with the plaintiffs in this case. (Docket Entry No. 86). The amendment proposes changes to the methodology for candidates for the Senior Captain exam starting with the May 2011 exam to advance to the level of the Assessment Center. The amendment proposes that all candidates are eligible to move forward to the Assessment Center if they sign up within the five day period after the computer-based situational judgment exam is administered. The Houston Professional Fire Fighters Association (HPFFA) opposes the request on the basis that there is no justification for these additional changes to the promotional processes. (Docket Entry No. 92).

Because the only effect of allowing the City to file the amended mediated settlement agreement is to permit this court to consider it at the hearing that has now been scheduled to occur on January 18, 2011, the motion is granted. The fact that the hearing date was moved to the January date gives the HPFFA sufficient time to respond. Accordingly, Docket Entry No. 86 is granted.

SIGNED on December 13, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge