**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DWIGHT BAZILE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2404 |
| | § | |
| CITY OF HOUSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The motion to quash the subpoenas served on the City for Dr. S. Morton McPhail and Dr. James C. Sharf to testify at the evidentiary hearing now scheduled for January 25, 2011, is granted. At the hearing, the court will address whether there are alternative ways to obtain the evidence that HPFFA seeks from these witnesses.  The motion to quash, (Docket Entry No. 113), is granted.

SIGNED on January 19, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge