IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT BAZILE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2404 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

1. This action was brought by the Plaintiffs, Dwight Bazile, Johnny Garrett, Mundo Olford, Trevin Hines, Dwight Allen, George Runnels, Thomas Ward, and Ramon Campbell, against the defendant, the City of Houston (the "City"), for alleged violations of Title VII, 42 U.S.C. § 2000e-2, for disparate treatment and disparate impact; violations of the Equal Protection Clause of the United States Constitution under 42 U.S.C. § 1983; and race discrimination under 42 U.S.C. § 1981. On June 28, 2010, the Houston Professional Firefighters Association ("HPFFA") was joined in this litigation. Campbell has asserted additional claims.

2. On January 2, 2013, this court entered a partial final judgment binding on all parties to this action, resolving all issues except the dispute between Ramon Campbell and the City of Houston.

3. In addition to the partial final judgment, this court now enters judgment on the claims advanced by Ramon Campbell, dismissing them with prejudice based on the settlement between Campbell and the City of Houston.

4. This final judgment incorporates all other opinions issued by the court during the pendency of this litigation, subject to the parties' rights of appeal and to any remand proceedings required by

an appellate court. In the event of any subsequent dispute among the parties as to any of the matters resolved by this final judgment, this case will upon motion be reinstated on this court's docket as an active case, until such matters are resolved.

5.  This court will retain jurisdiction over this matter for the purpose and enforcement of this Order.

SIGNED on March 28, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge